**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: MCRAE, SHERRELL                                          § Case No. 09-75495
                                                                §
                                                                §
Debtor(s)                                                       §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/22/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 10/12/2010      By: /s/BERNARD J. NATALE
                              Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MCRAE, SHERRELL | § | Case No. 09-75495 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $   5,048.92 |
| *and approved disbursements of* | $   0.00 |
| *leaving a balance on hand of* [1] | $   5,048.92 |
| **Balance on hand:** | **$   5,048.92** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   5,048.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,254.89 | 0.00 | 1,254.89 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 967.25 | 0.00 | 967.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 26.69 | 0.00 | 26.69 |

Total to be paid for chapter 7 administration expenses:   $   2,248.83
Remaining balance:   $   2,800.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   2,800.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,680.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 1 | Discover Bank | 4,581.57 | 0.00 | 186.79 |
| 2 | Chase Bank USA, N.A. | 29,374.72 | 0.00 | 1,197.59 |
| 3 | Chase Bank USA, N.A. | 1,460.81 | 0.00 | 59.56 |
| 4 | American Express Centurion Bank | 7,950.15 | 0.00 | 324.12 |
| 5 | American Express Bank, FSB | 3,376.82 | 0.00 | 137.67 |
| 6 | American Express Bank, FSB | 2,303.08 | 0.00 | 93.90 |
| 7 | AA Credit Union | 11,709.96 | 0.00 | 477.41 |
| 8 | Fia Card Services, NA/Bank of America | 7,923.71 | 0.00 | 323.05 |

Total to be paid for timely general unsecured claims: $ 2,800.09
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | N/A | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:                         $         0.00


Prepared By:  /s/BERNARD J. NATALE
              Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman               Page 1 of 2                   Date Rcvd: Oct 29, 2010
Case: 09-75495                Form ID: pdf006              Total Noticed: 47

The following entities were noticed by first class mail on Oct 31, 2010.
db           +Sherrell McRae,    10713 Capitol Lane,    Huntley, IL 60142-4002
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,     6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
aty          +Roxanna Hipple,    Kumor & Hipple PC,    303 West Main Street,     West Dundee, IL 60118-2020
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,     Suite 201,
               Rockford, IL 61108-2582
14840478      AA Credit Union,    P.O.Box 619001, MD 2100,    DFW Airport, TX 75261-9001
14840479      AEGIS,   P.O. Box 404,    Fort Mill, SC 29716-0404
14840480     +Aegis Receivables Management, Inc.,     P.O. Box 165809,    Irving, TX 75016-5809
14840485      American Express,    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
14840484      American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
14840481      American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
14840482     +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
14840483      American Express,    Box 0001,   Los Angeles, CA 90096-8000
15798126      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15798125      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14840486      American Fcu,    4200 Amon Carter Blvd,    Dallas, TX 75261
14840487     +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3177
14840488     +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14840489      Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
14840490      Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
14840491     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
14840492      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
15705739      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14840493     +Clear Complexions Rx LTD,    415 W. Golf Rd,    Suite 16,    Arlington Heights, IL 60005-3923
14840494      Clear Complexions Rx, LTD.,    36697 Treasury Center,    Chicago, IL 60694-6600
14840496      Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
14840495      Comcast,    2508 W Route 120,    McHenry, IL 60051-4712
14840502     +GC Services Limited Partnership,    Collection Agency Division,     6330 Gulfton,
               Houston, TX 77081-1108
14840504     +GC Services Limited Partnership,    P.O. Box 46960,    Saint Louis, MO 63146-6960
14840503     +GC Services Limited Partnership,    P.O. Box 39050,    Phoenix, AZ 85069-9050
14840505      HSBC Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
14840506      HSBC Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
14840507     +Hsbc/Best Buy,    1405 Foulk Road,    Wilmington, DE 19803-2769
14840508      J.P. Morgan Retirement Plan Serv,    P.O. Box 219300,    Kansas City, MO 64121-9300
14840509     +Lifetime Fitness,    451 Rolls Drive,    Algonquin, IL 60102-6406
14840510     +McHenry County Treasurer,    Government Center,    2200 North Seminary Avenue,
               Woodstock, IL 60098-2637
14840511     +Ray Parker,    743 Marion Rd,    Cincinnati, OH 45215-1518
14840512      Wells Fargo,    P.O. Box 10388,    Des Moines, IA 50306-0388
14840514      Wells Fargo Home Mortgage,    P.O.Box 9039,    Temecula, CA 92589-9039
14840513     +Wells Fargo Home Mortgage,    8480 Stagecoach Circle,    Frederick, MD 21701-4747

The following entities were noticed by electronic transmission on Oct 30, 2010.
14840498     +E-mail/Text: Jboyd@creditorscollection.com
               Creditors Collection Bureau, Inc.,    755 Almar Pkwy,    Bourbonnais, IL 60914-2392
14840497      E-mail/Text: Jboyd@creditorscollection.com
               Creditors Collection Bureau, Inc.,    P.O. Box 63,    Kankakee, IL 60901-0063
14840500      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2010 02:53:31     Discover Card,
               P.O. Box 30943,    Salt Lake City, UT 84130
15656478      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2010 02:53:31     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14840499      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2010 02:53:31     Discover Card,
               P.O. Box 6103,    Carol Stream, IL 60197-6103
14840501     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2010 02:53:31     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
16009250      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2010 02:53:24
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,     PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15804158*     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: Oct 29, 2010
Case: 09-75495                Form ID: pdf006          Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2010**                              **Signature:** *Joseph Speetjens*